UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RAYFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERMAN, et al.,<br><br>        Defendants. | 1:19-cv-00225-GSA (PC)<br><br>**ORDER TO SUBMIT NEW COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $400.00 FILING FEE WITHIN 30 DAYS** |

      Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2019, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed *in forma pauperis* was deficient. The court only received the front page of the application, and the application was not signed by Plaintiff. Plaintiff shall be granted time to file a new, completed application to proceed *in forma pauperis*, or to pay the filing fee for this case in full.

      Accordingly, IT IS HEREBY ORDERED that:

      Within thirty (30) days from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee in full for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **February 21, 2019**              **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE