UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RAYFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>SHERMAN, et al.,<br><br>        Defendants. | **1:19-cv-00225-AWI-GSA-PC**<br><br>**ORDER ADOPTING <u>AMENDED</u><br>FINDINGS AND RECOMMENDATIONS<br>IN FULL**<br>**(ECF No. 50.)**<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT<br>(ECF No. 44.)**<br><br>**ORDER DISMISSING ACTION,<br>WITHOUT PREJUDICE, FOR FAILURE<br>TO EXHAUST REMEDIES**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Eugene Rayford ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2022, amended findings and recommendations were entered, recommending that Defendants' motion for summary judgment for failure to exhaust be granted. (ECF No. 50.) On June 9, 2022, Plaintiff filed objections to the amended findings and recommendations. (ECF No. 51.) On June 14, 2022, Defendants filed a response to the objections. (ECF No. 52.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections and Defendants' response to the objections, the Court finds the amended findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1.     The Amended Findings and Recommendations issued by the Magistrate Judge on May 26, 2022, are ADOPTED IN FULL; and

2.     Defendants' motion for summary judgment for failure to exhaust, filed on December 13, 2021, is GRANTED;

3.     This action is DISMISSED without prejudice, for failure to exhaust administrative remedies before filing suit; and

4.     The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   September 27, 2022           _____

SENIOR  DISTRICT  JUDGE